IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

vs.  CASE NUMBER: 4:07-po-23 (GMF)

ADAM C. KOKESH

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 1, 2007, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia, ADAM C. KOKESH, did unlawfully, knowingly, and willfully enter a United States military reservation, known as the United States Army Infantry Center, Fort Benning, Georgia, for a purpose prohibited by lawful regulation governing said reservation, namely USAIC Regulation Number 210-5, paragraph 3-10, that purpose being to conduct a protest march, unauthorized demonstration, and sit-in; all in violation of Title 18, United States Code, Section 1382.

MAXWELL WOOD
UNITED STATES ATTORNEY

BY: STUART D. ALCORN
SPECIAL ASSISTANT UNITED STATES ATTORNEY