IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

Vs

**NOTICE TO APPEAR:**

ADAM C. KOKESH

---

You are hereby advised to appear before the United States Magistrate for the Middle District of Georgia, Columbus Division, in the Third Floor Courtroom, of the U.S. Courthouse, U.S. Post Office Building, located on 12th Street at 2nd Avenue, Columbus, Georgia, on **Tuesday, July 3, 2007, at 10:00 a.m.,** at which time you will be arraigned on the charges made against you.

**If you do not appear at the above time and place, an arrest warrant may be issued forthwith.**

As a criminal defendant, you have a right to be represented by an attorney. You may hire an attorney of your own choice if you can afford one. If you do hire an attorney, have that attorney contact the Office of the United States Attorney as soon as possible. The attorney must accompany you to your next scheduled court appearance.

The charges pending against you are attached to this notice. The United States Attorney's Office can be reached at (706) 545-7026.

MAXWELL WOOD
UNITED STATES ATTORNEY

By: STUART D. ALCORN
SPECIAL ASSISTANT U.S. ATTORNEY