IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | COURT NUMBER: 4:07-po-23 (GMF) |
| | : | |
| ADAM KOKESH | : | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

COMES NOW the United States of America, by and through the United States Attorney for the Middle District of Georgia, and moves this Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Information against Defendant ADAM KOKESH. Defendant was accused of a misdemeanor within the territorial jurisdiction of the Fort Benning, Georgia military installation. However, after a careful review of all evidence, the government does not believe that sufficient evidence exists to prove defendant guilty beyond a reasonable doubt on each element of the crime charged.

RESPECTFULLY SUBMITTED, this 13th day of July, 2007.

                                     MAXWELL WOOD
                                   UNITED STATES ATTORNEY

                 By:   *s/ Stuart D. Alcorn*

                          Stuart D. Alcorn
                          Special Assistant United States Attorney
                          Bldg 5, 6970 Vibbert Ave.
                          Fort Benning, Georgia 31905
                          Phone: (706) 545-1547
                          Fax: (706) 545-1168
                          Texas Bar Number: 24045385

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2007, I electronically filed the within and foregoing GOVERNMENT'S MOTION FOR LEAVE TO DISMISS INFORMATION with the Clerk of the Court using the CM/ECF system.

          MAXWELL WOOD
          UNITED STATES ATTORNEY

By:   *s/ Stuart D. Alcorn*

          Stuart D. Alcorn
          Special Assistant United States Attorney
          Bldg 5, 6970 Vibbert Ave.
          Fort Benning, Georgia 31905
          Phone: (706) 545-1547
          Fax: (706) 545-1168
          Texas Bar Number: 24045385