IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | COURT NUMBER: 4:07-po-23 (GMF) |
| : | |
| ADAM KOKESH       : | |

## ORDER GRANTING GOVERNMENT'S
## MOTION TO DISMISS INFORMATION

The government has moved the Court to grant leave to dismiss the information filed against defendant ADAM KOKESH on July 2, 2007.

Upon consideration of the government's motion, the Court is satisfied that there exists reasonable cause to believe that the case against this defendant should not be pursued, and that the ends of justice would not be served by doing so.

Therefore, pursuant to Rule 48, Federal Rules of Criminal Procedure, it is hereby ORDERED that the government's Motion to Dismiss the Information against Adam Kokesh in this case be granted.

This 13th day of July 2007.

s/ G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE